UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MCI COMMUNICATIONS SERVICES, INC. and MCIMetro ACCESS TRANSMISSION SERVICES OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> A.A. WILL CORPORATION, <br><br> Defendant. | Civil Action No. 1:15-cv-13734-NMG |

## ASSENTED-TO MOTION FOR CONFIDENTIALITY ORDER

Plaintiffs, MCI Communications Services, Inc. and MCIMetro Access Transmission Services of Massachusetts, Inc. (collectively "MCI"), respectfully move this Court pursuant to Fed. R. Civ. P. 26(c) and for good cause shown, to enter a Confidentiality Order, attached hereto as *Exhibit 1*, ensuring the confidentiality of certain information and/or documents disclosed or produced during discovery in this Action. In support thereof, MCI states:

1. MCI possesses certain confidential and proprietary information and/or documents relating to the subject matter of this action which, in the course of discovery, it may need to disclose or produce to Defendant A.A. Will Corporation ("Will").

2. This information and/or the documents containing this information concern the direct and root causes of the damage to MCI's underground telecommunications cable and/or networks that gives rise to this action, the duration of the disruption to MCI's networks, the range and types of services affected, the scope and gravity of the impact across all platforms and geographic areas, specific equipment failures, the specific network elements impacted, remedial measures and/or best practices applied, and/or an appraisal of the effectiveness of those best practices.

*Motion allowed. /s/NMGorton, USDJ 6/24/16*

Page | 1